IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EVA HELEN CANNIE,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2314

Opinion filed July 8, 2015.

An appeal from an order of the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Eva Helen Cannie, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.